UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHALLENGE FAMILY GMBH, <br><br> Plaintiff, <br><br> v. <br><br> FHG EVENTS, LLC, SJCD EVENT PARTNERS, LLC, d/b/a HFP RACING, and SHANNON KUREK, <br><br> Defendants. | Case No. 2:15-cv-02409 <br><br> **AGREED ORDER DISMISSING CASE AS SETTLED** |

This matter having come before the Court pursuant to the agreement of the parties, as evidenced by the signatures of their respective counsel set forth below; and

The Court being advised that the parties have entered into a separate written Settlement Agreement and Agreed Order, the terms and conditions of which are incorporated herein by reference; and

The Court having reviewed the pleadings and materials of record herein, and being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Except as is set forth below, the claims of the parties are hereby dismissed with prejudice as settled.  Each party shall bear its own costs, expenses and attorneys' fees.

2. This Court shall retain jurisdiction over the parties to enforce the parties' rights and obligations pursuant to this Order, which includes those rights and obligations pursuant to the Settlement Agreement executed between the parties. Any subsequent Order setting forth

1.

different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order.

      THIS IS A FINAL ORDER.

                        /s/ GREGORY L. FROST
                        GREGORY L. FROST
                        UNITED STATES DISTRICT JUDGE

                        Date: 4/12/16

SEEN AND AGREED TO:

| **SHROEDER, MAUNDRELL, BARBIERE & POWERS** | **DINSMORE & SHOHL LLP** |
|---|---|
| By: /s/ *Christopher L. Moore* <br> Christopher L. Moore (0061841) <br> 5300 Socialville-Foster Road, Suite 200 <br> Mason, Ohio 45040 <br> Phone: (513) 583-4217 <br> Fax: (513) 583-4203 <br> cmoore@smbplaw.com <br> *Counsel for Defendants FHG Events, LLC, SJCD Event Partners, LLC, d/b/a HFP Racing, and Shannon Kurek* | By: /s/ *Joseph S. Leventhal* <br> Joseph S. Leventhal (221043) <br> (*admitted pro hac vice*) <br> DINSMORE & SHOHL LLP <br> 655 West Broadway, Suite 840 <br> San Diego, CA 92101 <br> Phone: 619.356-3518 <br> Fax: 619. 615-2082 <br> joseph.leventhal@dinsmore.com <br> *Counsel for Plaintiff Challenge Family, GmbH* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the forgoing was served upon the following, this 12th day of April, 2016 via the CM/ECF filing system.

- Christopher L. Moore, cmoore@smbplaw.com
- Roger L. Weaver, rweaver@weaver-law.com

/s/ Joseph S. Leventhal
Joseph S. Leventhal (221043)
Dinsmore and Shohl, LLP
Attorneys for Plaintiff
